UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR14-181-JCC |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| VINCENT G. THOMPSON, ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Conspiracy to Commit Bank Robbery; Bank Robbery (two counts)

<u>Date of Detention Hearing</u>:   June 27, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant and two co-defendants have been indicted for Conspiracy to Commit

DETENTION ORDER
PAGE -1

Bank Robbery and multiple counts of Bank Robbery allegedly committed in this District between April 1 and April 11, 2014. The conspiracy is alleged to have also involved two juveniles.

2. Defendant's criminal record includes previous robbery and weapons charges, with a number of failures to appear in the last two years and current, outstanding bench warrants.

3. Defendant does not contest detention.

4. The defendant poses a risk of nonappearance due to non-compliance with probation, outstanding warrants, sporadic employment and pending cases. He poses a risk of danger due to the nature of the charges and his criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 27th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3